CR#04-1657-CBS

**AFFIDAVIT**

I, Kevin G. Tehan, having been duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the United States Department of State, Diplomatic Security Service ("DSS"), and have been so employed since February of 2002. As part of my official duties, I am assigned to investigate violations of matters relating to the U.S. Department of State, including passport and visa fraud, illegal, improper use and possession of identification documents and false statements made to illegally obtain passports and visas.

2. The information set forth in this affidavit is based upon my investigation as well as information provided by the Boston Passport Agency, and other public agencies. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts that I believe are sufficient to establish probable cause in support of a criminal complaint charging, Francisco Valerio a/k/a Francisco Balerio, a/k/a Alexis Rivera ("VALERIO") with making false statements in an application for a United States passport, in violation of Title 18, United States Code, Section 1542.

3. On November 20, 2003, a person claiming to be Alexis Rivera submitted an application for a United States passport at the Lawrence, Massachusetts Post Office. The person submitted a birth certificate from Puerto Rico reflecting that he was born

there on August 19, 1971, and also submitted a Massachusetts driver's license bearing his photo and in the name of Alexis Rivera. Also, as required, the person submitted two copies of a photograph of himself. One of the photographs was attached to the application at the time of its submission. A copy of both the application and birth certificate are attached to this affidavit.

    4. Based on suspicions that the application contained false statements, the applicant was sent a ruse letter indicating that his application had been approved; however, officials did not enclose the passport with the correspondence, and altered the packaging to make it appear as if someone or something had torn a whole in the envelope and removed the passport. The applicant contacted the Passport Agency through a telephone number listed on the correspondence and made an appointment to come in and get his passport.

    5. On February 19, 2004, the person presented himself at the Boston Passport Agency. He confirmed that he was in fact the person who submitted the application in the name of Alexis Rivera, and that the photograph on the application was of him. I identified myself and questioned the person regarding the veracity of the application. The person subsequently admitted that he is not Alexis Rivera, and he identified himself as Francisco Balerio, a Dominican national. He also voluntarily

submitted fingerprints and a comparison of his prints to those contained in the FBI data base revealed that they belong to a Francisco Jose VALERIO, a Dominican, with the FBI #683849AB5.

6. Based on the foregoing, I have probable cause to believe that Francisco Valerio, a/k/a Francisco Balerio, a/k/a Alexis Rivera did willfully and knowingly make a false statement on an application for a United States passport with the intent to induce or secure the issuance of a passport under the authority of the United States for his own use, in violation of Title 18, United States Code, Section 1542.

I certify that the foregoing is true and correct. Executed at Boston, Massachusetts, this 19 day of February, 2004.

_____
KEVIN G. TEHAN
Special Agent
U.S. Department of State,
Diplomatic Security Service

Subscribed and sworn before me this 19th day of February, 2004, in Boston, Massachusetts.

_____
CHARLES B. SWARTWOOD III
United States Magistrate Judge