AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Francisco Valerio

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 04-1657-CBS

I, Francisco Valerio, charged in a ☒ complaint ☐ petition pending in this District with false statement in passport application in violation of Title 18, U.S.C., 1542, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☒ examination ☐ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_Francisco Valerio_
Defendant

2/27/04
Date

_[signature]_
Counsel for Defendant