UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                  )<br>)<br>)<br>FRANCISCO VALERIO a/k/a     )<br>FRANCISCO BALERIO a/k/a     )<br>ALEXIS RIVERA               ) | CRIMINAL NO. 04-10094-RGS<br><br>VIOLATION:<br>18 U.S.C. § 1542 --<br>Passport Fraud |

## WAIVER OF INDICTMENT

Defendant Francisco Valerio a/k/a Francisco Balerio a/k/a Alexis Rivera, after having been advised of the nature of the felony charge in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
FRANCISCO VALERIO a/k/a
FRANCISCO BALERIO a/k/a
ALEXIS RIVERA

_____
Martin S. Richey, Esq.
Attorney for Defendant

Date: April 14, 2004

/s/ Richard G. Stearns, DJ

FILED IN
OPEN COURT
4-14-04

/s/ Mary Johnson
Deputy Clerk